IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Vs. | § | CRIMINAL ACTION 6:06CR42 |
| CHRISTOPHER ERIC WALTRIP | § | |


ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS OF FACT AND
RECOMMENDATION ON FELONY GUILTY PLEA


On this day, the Court considered the Findings of Fact and Recommendation of United States

Magistrate Judge Judith K. Guthrie regarding the Defendant's plea of guilty to Counts 1 and 3 of the

Indictment in the above-numbered cause.  Having conducted a proceeding in the form and manner

prescribed by Fed.R.Crim.P. 11, Magistrate Judge Guthrie recommends that the Court accept the

plea agreement and the guilty plea of the Defendant.

No objections have been filed to the Magistrate Judge's Findings and Recommendation

within the time period set by law, and neither party has requested a *de novo* review of the plea

proceedings before the Magistrate Judge.  If a *de novo* review becomes necessary at any point during

the pendency of the cause, the Court reserves the right to conduct it.  Based on the current record

before the Court, it appearing that the Findings and Recommendation are neither clearly erroneous

nor contrary to law, the Court is of the opinion that said Findings and Recommendation should be

adopted.  It is accordingly

1

**ORDERED** that the Findings of Fact and Recommendation of United States Magistrate Judge Judith K. Guthrie, filed July 6, 2006, is hereby **ADOPTED**.  It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court.  Further, the plea agreement is approved by the Court, conditional upon a review of the presentence report. It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant **GUILTY** of  Counts 1 and 3 of the Indictment in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against the Defendant as to Counts 1 and 3 of the Indictment.

**So ORDERED and SIGNED this 4th day of August, 2006.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**